DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendant Tesla, Inc.*

*(additional counsel listed below)*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER DAWIDZIK,<br><br>Plaintiff,<br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No.: 5:25-cv-01982-KK-SP<br><br>**NOTICE OF DEFENDANT TESLA, INC.'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Hearing Date: December 18, 2025<br>Time: 9:30 a.m. PT<br>Judge: Hon. Kenly Kiya Kato<br>Courtroom: 3 |

ALAN SCHOENFELD (*pro hac vice forthcoming*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*pro hac vice forthcoming*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

*Attorneys for Defendant Tesla, Inc.*

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 18, 2025, at 9:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Kenly Kiya Kato, George E. Brown, Jr. Federal Building and United States Courthouse, Riverside Courtroom 3, 3rd Floor, Defendant Tesla, Inc. will and hereby does move to dismiss the Amended Class Action Complaint filed by Plaintiff Peter Dawidzik under California Penal Code § 638.51, without leave to amend, for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1); for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2); and for failure to state a claim pursuant to Federal Rule of 12(b)(6).

This Motion is based on this Notice of Motion; the supporting Memorandum of Law; the pleadings, papers, filings, and record in this action; and on such other evidence or argument as may be presented at or before the hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 22, 2025.

A proposed order is also being lodged for the Court's consideration.

Respectfully submitted,

Dated: October 30, 2025

*/s/ David C. Marcus*
DAVID C. MARCUS
(CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

ALAN SCHOENFELD
(*pro hac vice forthcoming*)
(Email: alan.schoenfeld@wilmerhale.com)

RYAN CHABOT
(*pro hac vice forthcoming*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

*Attorneys for Defendant Tesla, Inc.*