| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626) |
|   | Daniel S. Guerra (State Bar No. 267559) |
| 3 | 1990 North California Blvd., 9th Floor |
|   | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 300-4455 |
| 5 | Facsimile:  (925) 407-2700 |
|   | E-mail: ltfisher@bursor.com |
| 6 |         dguerra@bursor.com |
| 7 | |
| 8 | Reuben D. Nathan, Esq. (State Bar No. 208436) |
|   | **NATHAN & ASSOCIATES, APC** |
| 9 | 2901 W. Coast Hwy., Suite 200 |
|   | Newport Beach, CA 92663 |
| 10 | Office: (949) 270-2798 |
| 11 | Email: rnathan@nathanlawpractice.com |
| 12 | |
|    | Ross Cornell, Esq. (State Bar No. 210413) |
| 13 | **LAW OFFICES OF ROSS CORNELL, APC** |
|    | 40729 Village Dr., Suite 8 - 1989 |
| 14 | Big Bear Lake, CA 92315 |
| 15 | Office: (562) 612-1708 |
|    | Email: rc@rosscornelllaw.com |
| 16 | |
| 17 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PETER DAWIDZIK, on behalf of himself and all similarly situated persons, | | Case No: 5:25-cv-01982-KK-SP |
| | Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | | |
| TESLA, INC., a Texas corporation, | | |
| | Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Peter Dawidzik hereby voluntarily dismisses his claims, without prejudice, against Defendant Tesla, Inc. Each party shall bear its own costs.

Dated:  January 12, 2026        **BURSOR & FISHER, P.A.**

By: /s/ *L. Timothy Fisher*
　　　L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Daniel S. Guerra (State Bar No. 267559)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
　　　　dguerra@bursor.com

**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan, Esq. (SBN 208436)
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

**LAW OFFICES OF ROSS CORNELL, APC**
Ross Cornell, Esq. (SBN 210413)
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff*